M. P. No. 79-306. CHARIHO SCHOOL COMMITTEE *v.* RHODE ISLAND BOARD OF REGENTS FOR EDUCATION *et al.* The petition for writ of certiorari is denied.

Mr. Chief Justice Bevilacqua did not participate. Breslin, Sweeney & Lichatin, David F. Sweeney, for petitioner. *Natale L. Urso, Thomas J. Liguori, Jr.*, for respondents.

September 27, 1979.

C. A. No. 77-372. STATE *v.* JAMES EDWARDS. The petition to reargue is denied.

Mr. Chief Justice Bevilacqua did not participate. *Dennis J. Roberts II*, Attorney General, *Barry N. Capalbo*, for plaintiff. *William F. Reilly*, Public Defender, *Stephen C. Bridge*, Assistant Public Defender, for defendant.

Appeal No. 79-304. RICHARD A. PARISEAULT *v.* R.J.F. PARISEAULT & SONS INC. *et al.* The plaintiff here has appealed from an interlocutory order of the Superior Court. Therefore, treating the defendants' motion to affirm as a motion to dismiss this appeal as interlocutory, said motion to dismiss is granted.

Mr. Chief Justice Bevilacqua did not participate. *Ralph T. Lewis, Jr.*, for plaintiff. *Abraham Belilove, Howard I. Lipsey* (Receivers for defendant corporations), for defendants.